## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1770 CAS (MRW) | Date | November 8, 2018 |
|---|---|---|---|
| Title | Onix Herrera-Hernan v. Kirstjen Nielsen et al | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

    Petitioner filed a notice dismissing the petition. (Docket # 11.) This action is dismissed without prejudice.